Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY,** | ) Case No. 1:12-cv-00494-AWI-BAM |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **ENHANCED RECOVERY COMPANY, LLC,** | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 4th day of May, 2012.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

1  Filed electronically on this 4th day of May, 2012, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 4th day of May, 2012, via the ECF system to:
6

7  Honorable Anthony W. Ishii
   Judge of the United States District Court
8  Eastern District of California

9
   Copy sent via mail on this 4th day of May, 2012, to:
10

11 Ginny L. Rodriguez
   Director of Compliance and Administration
12 Enhanced Recovery Company, LLC
13 8014 Bayberry Rd.
14 Jacksonville, FL 32256

15
   By: s/Todd M. Friedman
16       Todd M. Friedman